aEE

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 12 C 138 | **DATE** | 11/28/2012 |
| **CASE TITLE** | U.S. Commodity Futures Trading Commission vs. Singhal et al | | |

**DOCKET ENTRY TEXT**

This case is hereby dismissed. All pending dates and deadlines are stricken. Enter Consent Order for Permanent Injunction, Civil Monetary Penalty and Other Equitable Relief Against Defendants Deepak Singhal and Meera Singhal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | KF |